DANIEL J. BRODERICK, #89424
Federal Defender
LINDA HARTER, #179741
Chief Assistant Federal Defender
Designated Counsel for Service
ANTHONY DANIELSON
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
CHRISTOPHER OWENS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-281-GGH-1 |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO SET CHANGE OF PLEA DATE |
| CHRISTOPHER OWENS, | ) | |
| Defendant. | ) | Date: February 27, 2012<br>Time: 9:00 A.M.<br>Judge: Hon. Gregory G. Hollows |

   The United States Attorney through his respective counsel, Justin Lee, Special Assistant United States Attorney, and Linda Harter, Attorney for Defendant CHRISTOPHER OWENS, hereby stipulate to set a change of plea for Monday, February 27, 2012 at 9:00am.

///
///
///
///
///

The defendant is charged under 18 U.S.C. § 13 with violation of Oklahoma Statute 11-902(A)(2) - Driving Under the Influence of Alcohol, a Class B Misdemeanor. There has been an informal agreement to plead guilty and the terms of the joint recommendation by the government and the defense are being finalized. Mr. Owens currently resides in Chico, CA. The February 27, 2012 change of plea date allows Mr. Owens' ex-wife to give approximately a 30-day notice to her hospital employer in order to take a day off to care for their young child while Mr. Owens appears in Sacramento.

Dated: January 31, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
CHRISTOPHER OWENS

Dated: January 31, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ Justin Lee
JUSTIN LEE
Special Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: February 1, 2012

s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE